ADAM PAUL LAXALT
Attorney General
JOSHUA M. HALEN, Bar No. 13885
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALFREDO GURRY, | Case No. 3:17-cv-00061-MMD-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| J. BUCHANAN, | |
| Defendants. | |

Plaintiff Carlos Alfredo Gurry, appearing pro se, and Defendant James Buchanan, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 17 day of August, 2018.

By: _____
CARLOS ALFREDO GURRY
Plaintiff Pro Se

DATED this 17 day of August, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
**U.S. DISTRICT JUDGE**

**DATED:** August 22, 2018

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of August, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Carlos Gurry, #34048
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89401
lcclawlibrary@doc.nv.gov

_____
An employee of the Office
of the Attorney General